**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION**

Emmanuel Little,

        Plaintiff

        Case No. 18-cv-8115

    v.

The City of Chicago,

        Judge John Z. Lee

and Omar Franco,

        JURY DEMANDED

    Defendants.

**FIRST AMENDED COMPLAINT**

Plaintiff Emmanuel Little, by counsel, SPEARMAN LAW, LLC, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff, Emmanuel Little is a resident of the Northern District of Illinois.

3. At all times mentioned herein, the defendant, Omar Franco was a police officer of the City of Chicago acting within the color of law and within the scope of his employment. Plaintiff sues the defendant officer in his individual capacity. Plaintiff additionally asserts state law claims against the defendant for battery.

4. Defendant City of Chicago is an Illinois municipal corporation with its principal office in Cook County, Illinois. Plaintiff asserts a state law claim against the City based on the

doctrine of respondent superior for battery. Plaintiff also joins the City as the indemnitor of the individual officers on Plaintiff's federal claims.

5. On July 27, 2018 at approximately 11:30 a.m., Emmanuel Little was standing on a sidewalk observing a Chicago Police Officer, who had initiated a traffic stop involving the Plaintiff's girlfriend.
6. Plaintiff was simply standing still on the sidewalk, approximately 15 feet away from the car, when he asked the officer, "What is going on?", and informed the Officer that he was the owner of the vehicle that was involved in the traffic stop.
7. The officer then walked toward the Plaintiff and begin pushing him.
8. Two other officers arrived on the scene.
9. The Defendant, Omar Franco used excessive force by shooting Plaintiff with a taser gun without legal justification.
10. A taser dot was then yanked out of Plaintiff's right torso.
11. The officers continued to aggressively push and shove Plaintiff without legal justification, even after the Plaintiff was handcuffed.
12. The Plaintiff was taken to the 63rd and Loomis Police Station. They shoved the Plaintiff again. One of the officers turned off his body camera and continued to aggressively shove and squeeze Plaintiff's handcuffs without legal justification.
13. One of the officers began jumping up and down laughing hysterically while pointing at the Plaintiff.
14. The Plaintiff sat in a cell for 30-35 minutes, complaining of immense and excruciating pain.

15. Plaintiff was allowed to go to the restroom and upon doing so, Plaintiff noticed that one of the taser darts was still stuck in his hip.

16. The officers called paramedics and Plaintiff was transported to the hospital.

17. Plaintiff was in the hospital for two hours waiting for a doctor. A doctor eventually yanked the taser dart out of the Plaintiff's hip.

18. Plaintiff was discharged and transported by patrol car back to the police station at 63rd and Loomis. The Plaintiff was released without being charged.

19. Plaintiff demands trial by jury.

WHEREFORE, plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and additionally for an award of punitive damages in an amount to be determined by the trier of fact against defendants, and attorney's fees.

Respectfully Submitted,

Emmanuel Little

By: /**s/ Kendra D. Spearman**

Kendra D. Spearman
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312.788.2602
kendra@spearmanlaw.com