IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Emmanuel Little, ) | |
| ) | Case No. 2018 C 8115 |
| Plaintiff, ) | |
| ) | Judge John Z. Lee |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| The City of Chicago and Omar Franco, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Kendra D. Spearman
Attorney for plaintiff, Emmanuel Little
Spearman Law
300 W. Adams Street, Ste. 330
Chicago, IL 60606
(312) 788-2602
Attorney No. 6324689
DATE: 05-21-19

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Corporation Counsel
Attorney for city of Chicago

BY: _____
Steffanie Garrett
Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6206951
DATE: 5/20/19

_____
Emily E. Dory
Assistant Corporation Counsel
Attorney for defendant Omar Franco
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-6423
Attorney No. 6323830
DATE: 5/28/19

2